**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**24-60081-CR-DIMITROULEAS/HUNT**
CASE NO. _____

18 U.S.C. § 371
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 1029(c)(1)(C)

FILED BY ____MP____ D.C.

May 8, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**UNITED STATES OF AMERICA**

v.

**GUERVIN ADDERLY BEAUBIEN, JR.,**

   **Defendant.**
_____/

**INDICTMENT**

The Grand Jury charges that:

**GENERAL ALLEGATIONS**

At all times material to this Indictment:

1. The United States Postal Service ("USPS") was the federal agency charged with the "basic and fundamental service provided to the people," as authorized by the Constitution, of providing "postal services to bind the Nation together through the personal, educational, literary, and business correspondence of the people." 39 U.S.C. § 101(a).

2. Individual 1 was a resident of Broward County and was employed as a letter carrier for the USPS.

3. **GUERVIN ADDERLY BEAUBIEN, JR.** was a resident of Broward County.

4. Bank 1 was a financial institution headquartered in Charlotte, North Carolina, with branches located in Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere.

5.     Bank 2 was a financial institution headquartered in McLean, Virginia, with branches located in Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere.

## COUNT 1
### Conspiracy to Commit an Offense Against the United States
### (18 U.S.C. § 371)

1.     The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2.     Beginning at least as early as in or around January 2023, and continuing through in or around March 2024, in Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**GUERVIN ADDERLY BEAUBIEN, JR.,**

did knowingly and willfully, that is, with the intent to further the objects of the conspiracy, combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury to:

(a)    defraud the United States and its agencies by impeding, impairing, obstructing, and defeating the lawful government functions of the United States, that is, delivery of the mail to the United States public by the USPS;

(b)    knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices, that is, credit card numbers issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate commerce and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2); and

(c)    unlawfully have in his possession any letter, package, bag, and mail and any article and thing contained therein, which had been stolen, taken, embezzled, and abstracted from and out of any mail, post office, letter box, mail receptacle, mail route, and other authorized depository for

mail matter, knowing the same to have been stolen, taken, embezzled, and abstracted, in violation of Title 18, United States Code, Section 1708.

## PURPOSE OF THE CONSPIRACY

3. It was the purpose of the conspiracy for the defendant and his co-conspirators to unjustly enrich themselves by, among other things, stealing mail containing credit cards and checks for their personal use and benefit and for the use and benefit of others.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendant and his co-conspirators sought to accomplish the objects and purpose of the conspiracy included, among other things, the following:

4. Individual 1 worked as a letter carrier for the USPS and was assigned to the Margate Post Office in Broward County.

5. Individual 1 stole mail containing checks, credit cards, and other financial instruments and information from the Margate Post Office. Individual 1 targeted mail dropped off at the Margate Post Office for delivery and mail entrusted to her for delivery on her assigned mail route.

6. After stealing mail from the Margate Post Office, Individual 1 would transfer the stolen mail to **GUERVIN ADDERLY BEAUBIEN, JR.**, with whom she had a personal relationship. **BEAUBIEN, JR.** would then sell the stolen checks on Telegram and use the stolen credit cards to purchase gift cards and high-end electronics, among other items. When purchasing the gift cards, **BEAUBIEN, JR.** would attempt to conceal his identity by wearing a hoodie sweatshirt. This is consistent with his use of the credit cards to purchase gift cards, another method of concealing his spending the illicit proceeds from the theft of the mail by Individual 1.

## OVERT ACTS

In furtherance of the conspiracy, at least one of the conspirators committed and caused to be committed, in Broward and Palm Beach Counties, in the Southern District of Florida, at least one of the following overt acts, among others:

1. On or about January 24, 2024, Individual 1 stole mail from the main drop-off location of the Margate Post Office.

2. On or about January 25, 2024, Individual 1 stole mail from the main drop-off location of the Margate Post Office.

3. On or about February 7, 2024, in Broward County, **GUERVIN ADDERLY BEAUBIEN, JR.** used a stolen Bank 1 credit card, ending in 9465 and secured through Individual 1's mail theft, to purchase a $200 gift card.

4. On or about February 9, 2024, in Broward County, **GUERVIN ADDERLY BEAUBIEN, JR.** used a stolen Bank 1 credit card, ending in 5144 and secured through Individual 1's mail theft, to purchase a $200 gift card.

5. On or about February 27, 2024, in Palm Beach County, **GUERVIN ADDERLY BEAUBIEN, JR.** used a stolen Bank 1 credit card, ending in 2153 and secured through Individual 1's mail theft, to purchase approximately $2,244 of electronics.

6. On or about March 7, 2024, Individual 1 stole mail from the main drop-off location of the Margate Post Office.

7. On or about March 7, 2024, Individual 1 stole mail from her designated mail route.

8. On or about March 7, 2024, Individual 1 transferred the mail she stole to **GUERVIN ADDERLY BEAUBIEN, JR.**

9. On or about March 7, 2024, Individual 1 possessed 16 credit cards stolen from the Margate Post Office, including the Bank 1 credit cards ending in 9465, 5144, and 2153.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
## Use of Unauthorized Devices
## (18. U.S.C. § 1029(a)(2))

From on or about August 28, 2023, and continuing through in and around March 7, 2024, in Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**GUERVIN ADDERLY BEAUBIEN, JR.,**

did knowingly, and with the intent to defraud, traffic in or use one or more unauthorized access devices, that is, credit card numbers issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate commerce and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNTS 3-4
## Aggravated Identity Theft
## (18 U.S.C. § 1028A(a)(1))

On or about the dates specified below, in Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**GUERVIN ADDERLY BEAUBIEN, JR.,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, to knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices, that is, credit card numbers issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 2 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person as specified in each count below:

| COUNT | APPROXIMATE DATE | MEANS OF IDENTIFICATION |
|---|---|---|
| 3 | February 8, 2024 | Bank 2 credit card account number ending 6857, issued to S.D. |
| 4 | February 27, 2024 | Bank 1 credit card account number ending 2153, issued to R.L.F. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **GUERVIN ADDERLY BEAUBIEN, JR.**, has an interest.

2. Upon conviction of a violation of, and/or a conspiracy to commit a violation of, Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendant shall forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

3. Upon conviction of a violation of Title 18, United States Code, Section 1708, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(c), 982(a)(2)(B), and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

███████████████

FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
ZACHARY A. KELLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

GUERVIN ADDERLY BEAUBIEN, JR.,

_____/
Defendant.

CASE NO.: 24-60081-CR-DIMITROULEAS/HUNT

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) ____
Number of New Defendants ____
Total number of new counts ____

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☒ FTL
- ☐ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __4__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☒ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
Zachary A. Keller
Assistant United States Attorney
Court ID No.    A5502767

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:  GUERVIN ADDERLY BEAUBIEN, JR.

**Case No**: _____

Count #: 1

Conspiracy to Commit an Offense Against the United States

Title 18, United States Code, Section 371
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #: 2

Use of One or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(2)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Counts #: 3-4

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)
* **Max. Term of Imprisonment:** 2 years consecutive to any other term
* **Mandatory Min. Term of Imprisonment (if applicable):** 2 years consecutive to any other term
* **Max. Supervised Release:** 1 year
* **Max. Fine:** N/A

**\*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**